

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

ENTERED
02/12/2021

| | | |
|---|---|---|
| In re: | § | |
| | § | Bankr. Case No.: 20-34562 |
| HEATHER SMART, | § | |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |
| | § | |
| HEATHER SMART, | § | Adv. Proc. No.: 20-3500 |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| NAVIENT SOLUTIONS, LLC | § | |
| | § | |
| and | § | |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**AGREED ORDER APPROVING
STIPULATION BETWEEN PLAINTIFF AND NAVIENT SOLUTIONS, LLC
FOR DISMISSAL OF NAVIENT SOLUTIONS, LLC
AS A DEFENDANT IN THIS ADVERSARY PROCEEDING**

On this day came on to be considered the Stipulation between Plaintiff, Heather Smart ("Plaintiff") and Navient Solutions, LLC for dismissal of Navient Solutions, LLC as a defendant in this adversary proceeding ("Stipulation"), and the Court having considered the Stipulation, it is hereby

ORDERED, that the Stipulation is hereby approved; and it is further

ORDERED, that Navient Solutions, LLC is hereby dismissed as a defendant in this adversary proceeding.

Dated:

Signed: February 12, 2021

Jeffrey P. Norman
United States Bankruptcy Judge

Approved and Submitted by:

*Jennine Hovell-Cox*
Jennine Hovell-Cox  TX Bar #24002313
Law Offices of Jennine Hovell-Cox
P.O. Box 16276
Sugar Land, TX  77496-6276
Telephone:  (832) 209-2296
Facsimile:  (832) 565-1520
Email: hovellcoxlaw@hotmail.com
Attorneys for Navient Solutions, LLC

Agreed as to form and content:

Daniel J. Ciment, Bar No. 24042581
Ciment Law Firm, PLLC
24275 Katy Freeway, Suite 400
Katy, TX  77494
Telephone:  (833) 663-3289
Facsimile:  (855) 855-9830
Daniel@CimentLawFirm.com
Attorney for Plaintiff, Heather Smart