# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re **HEATHER SMART** | Case No. 20-34562 |
| Debtor. | Chapter 7 |
| **HEATHER SMART** | |
| Plaintiff, | |
| v. | |
| **UNITED STATES DEPARTMENT OF EDUCATION** | Adv. Pro. No. 20-3500 |
| Defendant, | |

### PLAINTIFF'S MOTION TO DISMISS PROCEEDINGS WITHOUT PREJUDICE

**COMES NOW**, Debtor and Plaintiff, in the above-styled cause, who hereby files their Motion to Dismiss Proceedings Without Prejudice in connection with the above entitled and numbered cause and respectfully moves this Court for an Order of Dismissal of Proceedings Without Prejudice and would show this Court as follows:

The Plaintiff-Debtor is unable to present substantial evidence in support of her claim due to the unavailability of her medical care professionals. As such, proceeding to trial at this time would be an inefficient use of the Court's time due to Plaintiff-Debtor's inability to provide adequate and compelling evidence to the Court.

**WHEREFORE PREMISES CONSIDERED**, Plaintiff-Debtor prays that this Court enter an Order of Dismissal of Proceedings Without Prejudice as to the re-filing of claims, and for such other and further relief to the Debtor may be entitled.

**SIGNED**: June 3, 2022

Respectfully submitted,

*/s/ Daniel J. Ciment*
Daniel Ciment, Bar No. 24042581
Ciment Law Firm, PLLC
24285 Katy Freeway, Suite 300
Katy, TX 77494
(833) 663-3289 - Telephone
(855) 855-9830 - Facsimile
Daniel@CimentLawFirm.com

**Attorney for Debtor**

By: */s/ Chad W. Cowan (with permission)*
CHAD W. COWAN
Assistant United States Attorney
Attorney-in-Charge
United States Attorney's Office
Southern District of Texas
Texas Bar No. 24082540
Southern District No. 938890
1000 Louisiana St., Suite 2300
Houston, Texas 77002
(713) 567-9569 – Telephone
(713) 718-3303 – Facsimile
Chad.cowan@usdoj.gov

**Attorney for the United States of America**