United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 20-34562 |
| HEATHER CHRISTINE SMART, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| HEATHER CHRISTINE SMART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 20-3500 |
| | § | |
| UNITED STATES DEPARTMENT OF EDUCATION, | § | |
| | § | |
| Defendant. | § | |

## ORDER DENYING AGREED MOTION TO STAY

Before the Court is the Agreed Motion to Stay which the Court denies for the following reasons.

The Court is opposed to an indefinite and ongoing stay of these proceedings. This adversary is 18 months old and should go to trial. Trial in this case has been set and then reset on numerous occasions.[1] This matter must be concluded. An indefinite suspension does not do justice.

The Court is opposed to a suspension of deadlines in this case, when all the deadlines set by this Court have long since passed.[2]

The Court, however, is not opposed to and will continue to extend the trial date but only if the plaintiff is medically unable to participate virtually.[3] However, at this juncture given the numerous previous continuances based on her medical condition, the plaintiff must now show she is medically unable to participate by reliable evidence and give an estimate of when she will be able

---

[1] Trial was set on 8/17/2021, reset to 12/2/2021, reset to 12/13/2021, reset to 3/8/2022, reset to 6/6/2022.
[2] The discovery cutoff was June 8, 2021. The dispositive motion cutoff was June 23, 2021.
[3] The debtor does not need to personally appear for trial and may easily appear remotely by use of a cell phone, computer or internet connected device.

to appear for trial.

SO ORDERED.

SIGNED 06/01/2022

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court

Southern District of Texas

Smart,
  Plaintiff

United States Department of Education,
  Defendant

Adv. Proc. No. 20-03500-jpn

# CERTIFICATE OF NOTICE

District/off: 0541-4  User: ADIuser  Page 1 of 2
Date Rcvd: Jun 01, 2022  Form ID: pdf111  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

**Recip ID    Recipient Name and Address**
pla    + Heather Christine Smart, 2043 Oak Shores Drive, Kingwood, TX 77339-1723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
dft          United States Department of Education

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

**Name        Email Address**

Chad Wesley Cowan
              on behalf of Defendant United States Department of Education chad.cowan@usdoj.gov
              Nicole.Robbins@usdoj.gov;Sydnie.Kempen@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov

Daniel J Ciment
              on behalf of Defendant United States Department of Education Daniel@CimentLawFirm.com
              CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com

Daniel J Ciment
              on behalf of Plaintiff Heather Christine Smart Daniel@CimentLawFirm.com
              CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Jun 01, 2022 | Form ID: pdf111 | Total Noticed: 1
TOTAL: 3